## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased,<br><br>    Plaintiff,<br><br>-vs-<br><br>BRUCE RAUNER et al.,<br><br>    Defendants. | No.   18-cv-1101-SEM-TSH |

**MOTION FOR DISMISSAL OF COUNTS II AND III OF PLAINTIFF'S COMPLAINT**

    Defendants, JOHN R. BALDWIN (in his official capacity), BRUCE RAUNER (in his official capacity), ILLINOIS DEPARTMENT OF CORRECTIONS, and STATE OF ILLINOIS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss Counts II and III of Plaintiff's Complaint. In support thereof, Defendants state as follows:

1. On March 11, 2018, Plaintiff, as purported administrator for the Estate of Tiffany Rusher, filed this lawsuit against John Baldwin (the current acting director of the Illinois Department of Corrections), Governor Bruce Rauner, Dr. Jeff Sim, the Illinois Department of Corrections ("IDOC"), and the State of Illinois. (Doc. 1.)

2. It appears Plaintiff claims: (1) that defendants Baldwin, Rauner, and Sim—in their respective individual capacities—violated Tiffany Rusher's Eighth Amendment rights by acting with deliberate indifference to Ms. Rusher's medical and mental health needs; (2) that Defendants Baldwin, Rauner, the IDOC, and the State of Illinois—in their respective official capacities—violated Tiffany Rusher's rights under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 ("ADA"), by failing to provide adequate mental health treatment, and depriving her of "access to human contact;" and (3) that Defendants

Baldwin, Rauner, the IDOC, and the State of Illinois—in their respective official capacities—violated the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq.* ("RA"), for the same conduct as stated in Count II *supra*. *Id.*

3. Plaintiff's claims under the ADA and RA should be dismissed because allegations of inadequate treatment for mental health conditions do not give rise to a viable claim under the ADA or RA.

4. Additionally, "access to human contact" is not a program or service as defined by the ADA, Plaintiff's ADA and RA claims should be dismissed.

5. Defendants also move to dismiss Plaintiff's request for relief to the extent she seeks punitive damages for her ADA and RA claims.

6. If the Court grants Defendants' Motion, this case will proceed against Defendants Baldwin, Rauner, and Sim, in their individual capacities, on Plaintiff's Eighth Amendment claims.

7. Defendants incorporate by reference their contemporaneously filed memorandum of law in support of this Motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this honorable Court grant their Motion and dismiss Plaintiff's Counts II and III, and dismiss Defendant Baldwin (in his official Capacity), Defendant Rauner (in his official capacity), the Illinois Department of Corrections, and the State of Illinois.

          Respectfully submitted,

          JOHN R. BALDWIN (in his official capacity),
          BRUCE RAUNER (in his official capacity),
          ILLINOIS DEPARTMENT OF CORRECTIONS,
          and STATE OF ILLINOIS,

          Defendants,

| | |
|---|---|
| Jeremy C. Tyrrell #6321649 | LISA MADIGAN, Illinois Attorney General, |
| Assistant Attorney General | |
| 500 South Second Street | Attorney for Defendants, |
| Springfield, Illinois 62701 | |
| (217) 785-4555 Phone | By: s/Jeremy C. Tyrrell |
| (217) 782-8767 Fax | Jeremy C. Tyrrell |
| Email: jtyrrell@atg.state.il.us | Assistant Attorney General |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No.    18-cv-1101-SEM-TSH |
| BRUCE RAUNER et al., | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, I caused to be electronically filed the foregoing *Motion for Dismissal of Count II and II of Plaintiff's Complaint* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Alexis G. Chardon:   ali@weilchardon.com
Nicole Rae Schult:   nicole@uplcchicago.org
Stephen H Weil:   steve@weilchardon.com
Alan Mills:   alan@uplcchicago.org
Emmanuel Andre:   eandre@northsidetlc.com
Karen L. McNaught:   kmcnaught@cassiday.com

Respectfully Submitted,

s/Jeremy C. Tyrrell
Jeremy C. Tyrrell #6321649
Assistant Attorney General
500 South Second Street
Springfield, IL  62701
Telephone:    (217) 785-4555
Facsimile:    (217) 782-8767
jtyrrell@atg.state.il.us