E-FILED
Thursday, 21 June, 2018  02:50:59 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kelli Andrews, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  18-cv-1101-SEM-TSH |
| | ) | |
| Bruce Rauner *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's June 14, 2018 Text Order, Plaintiff, by her undersigned counsel submits this status report to show cause why the case should not be dismissed without prejudice for want of prosecution as to Defendant He Yuan, M.D.

1.      Plaintiff filed her Complaint with the Court on March 11, 2018.  On March 20, 2018, Plaintiff sent Waiver of the Service of Summons forms to both Logan Correctional Center and to Wexford Health Sources, Inc., with waiver forms for all the defendants, including Dr. Yuan.

2.      Plaintiff never received executed waiver forms from Wexford or its employee-defendants, Dr. Richardson and Dr. Yuan.  However on May 17, 2018 counsel for Plaintiff, Nicole Schult, discussed the waivers with attorney Joseph N. Rupich at Cassiday Schade LLP. On that call, Mr. Rupich indicated that Cassiday Schade would represent the Wexford defendants.

3.      Based on this conversation Plaintiff's counsel believed that Cassiday Schade would be appearing on behalf of Wexford, Dr. Richardson, and Dr. Yuan.  Plaintiff's counsel has since learned that Dr. Yuan has either left Logan, left Wexford, or both, and that as such Mr.

Rupich was only referring to Wexford and Dr. Richardson.  (Cassiday Schade has since appeared

and filed an answer on behalf of Richardson and Wexford.)

4.      In sum, there appears to have been a good-faith miscommunication between

counsel for Plaintiff and Cassiday Schade.  Plaintiff's counsel is currently searching for Dr.

Yuan's current address, including by requesting the assistance of Defendant Wexford, his former

employer, in locating his current information.  Counsel for Wexford has agreed to contact its

client to make this request.

5.      Plaintiff respectfully submits that given the foregoing circumstances, there is

good cause for Plaintiff's failure to effect service on Dr. Yuan within the time prescribed by Rule

4(m).

6.      Pursuant to Rule 4(m), Plaintiff respectfully requests an additional 60 days, until

August 8, 2018 to effect service on Dr. Yuan.


Date:  June 21, 2018                              Respectfully submitted,

                                                  /s/ *Alexis G. Chardon*

                                                  Stephen H. Weil – steve@weilchardon.com
                                                  Alexis G. Chardon – ali@weilchardon.com
                                                  Weil & Chardon LLC
                                                  333 S. Wabash Ave., Suite 2700
                                                  Chicago, IL 60604
                                                  312-585-7404

                                                  Alan Mills - alan@uplcchicago.org
                                                  Nicole Schult - Nicole@uplcchicago.org
                                                  Uptown People's Law Center
                                                  4413 North Sheridan Rd.
                                                  Chicago, Illinois 60640
                                                  Tel: (773) 769-1411
                                                  Fax: (773) 769-2224

                                                  Emmanuel Andre - eandre@northsidetlc.com

Northside Transformative Law Center
1543 W. Morse Ave.
Chicago, IL 60626
(312) 219-654

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2018, a true and correct copy of the foregoing was filed electronically.  Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.


/s/ Alexis G. Chardon