### UNITED STATES DISTRICT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of TIFFANY ANN RUSHER, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE RAUNER, STATE OF ILLINOIS, JOHN R. BALDWIN, JEFF SIM, HE YUAN, BRIAN RICHARDSON, ILLINOIS DEPARTMENT OF CORRECTIONS, AND WEXFORD HEALTH SOURCES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 18-cv-1101 |

### MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER

COMES NOW Defendant, BRIAN RICHARDSON, by and through his attorneys, Wiedner & McAuliffe, Ltd., and moves the Court for entry of a HIPAA Qualified Protective Order. In support thereof, Plaintiffs state as follows:

1. Plaintiff has filed this cause of action in which her medical condition and treatment are at issue.

2. Pursuant to 45 C.F.R. 164.152 of the Health Insurance Portability and Accountability Act (HIPAA) a HIPAA Qualified Protective Order is necessary to allow the parties to this litigation to obtain and use protected health information pursuant to HIPAA for the purpose of this litigation while preventing unauthorized disclosure of said protected health information.

3. A Qualified Protective Order should be entered to protect the protected health information from unauthorized disclosure while still permitting its use solely for the purposes of this litigation.

4. A proposed order is being submitted concurrently with this motion.

WHEREFORE, Defendant BRIAN RICHARDSON respectfully moves the Court to enter a HIPAA Qualified Protective Order and for such other relief as the Court deems necessary.

Respectfully submitted,

/s/ Alexander B. Chosid
C. Zachary Vaughn, ARDC #6288673
Alexander B. Chosid, ARDC#6312543
WIEDNER & McAULIFFE, LTD.
8000 Maryland Ave., Suite 550
St. Louis, Missouri 63105
(314) 721-3400 – telephone
(314) 725-5755 – fax
abchosid@wmlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of July 2018, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all attorneys of record.

/s/ Alexander B. Chosid