IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, <br><br> Plaintiff, <br> -vs- <br><br> BRUCE RAUNER et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) )     No.    18-cv-1101-SEM-TSH |

**RESPONSE TO PLAINTIFF'S MOTION FOR
ENTRY OF A CONFIDENTIALITY ORDER (DOC. 38)**

NOW COME Defendants, JOHN R. BALDWIN, BRUCE RAUNER, DR. JEFF SIM, ILLINOIS DEPARTMENT OF CORRECTIONS, and STATE OF ILLINOIS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and respond to *Plaintiff's Motion for Entry of a Confidentiality Order* (doc. 38), stating as follows:

1.  On November 27, 2018, Plaintiff moved for a protective order. Through multiple discussions, the parties were able to limit their disagreement to one issue—discovery of protected medical and mental health information of non-party offenders. (Doc. 38.) Plaintiff argues that she is entitled to receive this information. *Id.* Defendants contend this information is protected by state and federal laws or privileges, and Plaintiff should not be allowed to have this information without redaction to remove personal identifying information. *Id.*

2.  As part of her Motion, Plaintiff attached an email that contains Defendants' arguments in opposition to producing protected medical and mental health information of non-party offenders. (Exh. 38-2, 7–9.) Defendants incorporate by reference their arguments in the instant response.

3. Without repeating or rephrasing their arguments, Defendants wish to elaborate on the public policy concerns of producing this information and respond to new arguments raised by Plaintiff.

4. Without questioning the trustworthiness of any of the persons that would have access to this information under Plaintiff's proposed protective order, under Plaintiff's proposed protective order, the most intimate details of the lives of non-party offenders would be shared with upwards of ten people—the number of attorneys of record on this case. These non-party offenders did not choose for Plaintiff to file this lawsuit. They will not receive notice of the release of their information and will not have an opportunity to object to said release. Meanwhile, under Plaintiff's proposed protective order, the persons involved in this case would have access to every statement these offenders ever made to a therapist, counselor, or psychologist, in addition to every ailment, illness, or concern documented by a medical professional. If Plaintiff utilizes this information at the summary judgment stage or trial, it could become part of the public record—without the consent of the non-parties.

5. In her Motion, Plaintiff states this information is relevant because she needs information about how other offenders were treated and in order to identify fact witnesses. (Doc. 38.) This information, if relevant, can be obtained without revealing personal identifying information. Personal identifying information of non-parties can be redacted to allow Plaintiff to obtain information concerning how other offenders were treated. The identity of fact witnesses can be disclosed without tying them to their protected health information.

6. The discovery of medical records raises significant privacy concerns, especially when it concerns non-parties. Plaintiff's proffered reasons for seeking medical and mental health

information of non-parties do not outweigh these privacy concerns. Accordingly, the Court should deny Plaintiff's Motion.

WHEREFORE, Defendants respectfully request this honorable Court deny Plaintiff's *Motion for Entry of a Confidentiality Order* (doc. 38).

          Respectfully submitted,

          JOHN R. BALDWIN, BRUCE RAUNER, DR. JEFF SIM, ILLINOIS DEPARTMENT OF CORRECTIONS, and STATE OF ILLINOIS,

          Defendants,

| | |
|---|---|
| Jeremy C. Tyrrell #6321649 | LISA MADIGAN, Illinois Attorney General, |
| Assistant Attorney General | |
| 500 South Second Street | Attorney for Defendants, |
| Springfield, Illinois 62701 | |
| (217) 785-4555 Phone | By: s/Jeremy C. Tyrrell |
| (217) 782-8767 Fax | Jeremy C. Tyrrell |
| Email: jtyrrell@atg.state.il.us | Assistant Attorney General |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No.   18-cv-1101-SEM-TSH |
| BRUCE RAUNER et al., | ) ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, I caused to be electronically filed the foregoing *Response to Plaintiff's Motion for Entry of a Confidentiality Order (doc. 38)* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Alexis G. Chardon:   ali@weilchardon.com
Nicole Rae Schult:   nicole@uplcchicago.org
Stephen H Weil:   steve@weilchardon.com
Alan Mills:   alan@uplcchicago.org
Emmanuel Andre:   eandre@northsidetlc.com
Karen L. McNaught:   kmcnaught@cassiday.com

    Respectfully Submitted,

    s/Jeremy C. Tyrrell
    Jeremy C. Tyrrell #6321649
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62701
    Telephone:   (217) 785-4555
    Facsimile:   (217) 782-8767
    jtyrrell@atg.state.il.us