043595/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS as Administrator of the Estate of Tiffany Ann Rusher, deceased,

Plaintiff,

v.

BRUCE RAUNER, STATE OF ILLINOIS, JOHN R. BALDWIN, JEFF SIM, HE YUAN, BRIAN RICHARDSON, ILLINOIS DEPARTMENT OF CORRECTIONS and WEXFORD HEALTH SOURCES, INC.,

Defendants.

Case Number  18-cv-1101

Judge Michael M. Mihm

## AGREED MOTION FOR EXTENSION OF TIME

NOW COME the defendants, Brian Richardson, Dr. He Yuan, and Wexford Health Sources, Inc., by and through their counsel, CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request an extension of time to respond to plaintiff's discovery requests.  In support thereof, the following statements are made.

1. Plaintiff served interrogatories and a request to produce on the defendants on December 6, 2018.

2. Defendants' responses are due to these discovery requests.

3. Defendants have been working on these responses, but have not had sufficient time to complete the responses.

4. Defendants request an extension of time of thirty (30) days to and including February 4, 2019, in which to respond to plaintiff's discovery requests.

5. Counsel for plaintiff had no objection to this extension.

6. This motion is not made for the purpose of delay and no party will be prejudiced by this request.

WHEREFORE, for the above reasons, defendants, Brian Richardson, Dr. He Yuan, and Wexford Health Sources, Inc., respectfully request this honorable Court to extend the time within which to respond to plaintiff's interrogatories and request for the production of documents to and including February 4, 2019.

Respectfully submitted,

BRIAN RICHARDSON, DR. HE YUAN and
WEXFORD HEALTH SOURCES, INC.
Defendants,

CASSIDAY SCHADE LLP,
Counsel for Defendants.

By:  /s/ Karen L. McNaught

Karen L. McNaught
ARDC No. 6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

## CERTIFICATE OF SERVICE

Under penalties as provided by law, I hereby certify on January 4, 2019, I caused to be electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which sends a "Notice of E-Filing" to the following:

Alexis G. Chardon, Esq.
Ali@weilchrdon.com

Emmanuel Andre, Esq.
eandre@northsidetld.com

Nicole Rae Schult, Esq.
Alan Mills, Esq.
Nicole@uplcchicago.Org
Alan@uplcchicago.org.

Stephen H. Weil, Esq.
Steve@weilchardon.com

Jeremy C. Tyrrell
jtyrrell@atg.state.il.us

and I caused a true and correct copy of the foregoing Motion for Extension of Time to be served upon the following non-CM-ECF participant:

None

by having it deposited in the U.S. mail in Springfield, Illinois, with proper postage prepaid, on January 4, 2019.

/s/ Karen L. McNaught

Karen L. McNaught, #6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com
9030570 KMCNAUGH;MCOVEY