E-FILED
Monday, 04 February, 2019  08:53:50 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS, as Administrator of the )
Estate of Tiffany Ann Rusher, deceased, )
                                   )
                Plaintiff, )
     -vs- )              No.     18-cv-1101-SEM-TSH
                                     )
BRUCE RAUNER et al., )
                                     )
              Defendants. )

## SECOND MOTION FOR EXTENSION OF
## TIME TO RESPOND TO DISCOVERY REQUESTS

Defendants, John R. Baldwin, J.B. Pritzker (in his official capacity as Governor of the State of Illinois),[1] Bruce Rauner, Dr. Jeff Sim, Illinois Department of Corrections, and State of Illinois, through their attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), move for an additional extension of time to respond to Plaintiff's discovery requests:

1.       On December 6, 2018, Plaintiff served 7 requests for production of documents directed to John Baldwin in his official capacity. The next day, on December 7, 2018, Plaintiff served 18 interrogatories directed to all defendants—and an additional interrogatory directed to the individual-capacity defendants—25 requests for production of documents directed to all defendants, and a request for inspection with 4 subparts.

2.       On Defendants' Motion, the Court extended the time for Defendants to respond to Plaintiff's discovery requests to February 4, 2019. (Ct's January 7, 2019 Text Order.)

3.       Defendants have been working on providing appropriate responses to Plaintiff's

---

[1] Plaintiff filed this lawsuit against then Governor of the State of Illinois, Bruce Rauner, in his individual and official capacities. (Doc. 1.) Pursuant to Federal Rule of Civil Procedure 25(d), J.B. Pritzker, in his official capacity only, has automatically been substituted in this lawsuit as the current Governor of the State of Illinois.

discovery requests but have not had sufficient time to complete their responses. This is due in part to the undersigned's schedule and workload. Further, due to the transition in the governorship of the State, there have been delays in receiving information and documents necessary to respond to Plaintiff's discovery requests. However, Defendants will produce an initial set of documents responsive to Plaintiff's requests by mail on February 4, 2019.

4.      Defendants request an extension of time of twenty-one days, up to and including February 25, 2019, to respond to Plaintiff's discovery requests.

5.      Defendants make this request in good faith and not for the purpose of undue delay.

6.      The undersigned attempted to contact Plaintiff's counsel concerning the requested extension by email but no response has been received as of the writing of this motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this honorable Court grant their Motion and extend the time for them to respond to Plaintiff's discovery requests as stated herein.

Respectfully submitted,

John R. Baldwin, J.B. Pritzker, Bruce Rauner, Dr. Jeff Sim, Illinois Department of Corrections, and State of Illinois,

Defendants,

Jeremy C. Tyrrell #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 782-8767 Fax
Email: jtyrrell@atg.state.il.us

Kwame Raoul, Illinois Attorney General,

Attorney for Defendants,

By: s/Jeremy C. Tyrrell
Jeremy C. Tyrrell
Assistant Attorney General

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

KELLI ANDREWS, as Administrator of the )
Estate of Tiffany Ann Rusher, deceased, )
                                        )
                 Plaintiff, )
       -vs-                             )      No.      18-cv-1101-SEM-TSH
                                          )
BRUCE RAUNER et al.,            )
                                          )
                Defendants.       )

### CERTIFICATE OF SERVICE

       I hereby certify that on February 4, 2019, I caused to be electronically filed the foregoing

*Second Motion for Extension of Time to Respond to Discovery Requests* with the Clerk of Court

using the CM/ECF system, which will send notification of such filing to the following:

Alexis G. Chardon:    ali@weilchardon.com
Nicole Rae Schult:    nicole@uplcchicago.org
   Stephen H Weil:    steve@weilchardon.com
        Alan Mills:    alan@uplcchicago.org
  Emmanuel Andre:    eandre@northsidetlc.com
Alexander B. Chosid:  abchosid@wmlaw.com
Charles Z. Vaughn:    czvaughn@wmlaw.com
Karen L. McNaught:    kmcnaught@cassiday.com

                                    Respectfully Submitted,

                                    s/Jeremy C. Tyrrell
                                    Jeremy C. Tyrrell #6321649
                                    Assistant Attorney General
                                    500 South Second Street
                                    Springfield, IL  62701
                                    Telephone:     (217) 785-4555
                                    Facsimile:      (217) 782-8767
                                    jtyrrell@atg.state.il.us