## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BRUCE RAUNER et al.,  )<br>)<br>Defendants.  ) | No.   18-cv-1101-SEM-TSH |

### THIRD MOTION FOR EXTENSION OF
### TIME TO RESPOND TO DISCOVERY REQUESTS

Defendants, John R. Baldwin, J.B. Pritzker (in his official capacity as Governor of the State of Illinois), Bruce Rauner, Dr. Jeff Sim, Illinois Department of Corrections, and State of Illinois, through their attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), move for an additional extension of time to respond to Plaintiff's discovery requests:

1. On December 6, 2018, Plaintiff served 7 requests for production of documents directed to John Baldwin in his official capacity. The next day, on December 7, 2018, Plaintiff served 18 interrogatories directed to all defendants—and an additional interrogatory directed to the individual-capacity defendants—25 requests for production of documents directed to all defendants, and a request for inspection with 4 subparts.

2. On Defendants' first Motion, the Court extended the time for Defendants to respond to Plaintiff's discovery requests to February 4, 2019. (Ct's January 7, 2019 Text Order.) On Defendants' second Motion, the Court extended the time for Defendants to respond to Plaintiff's discovery requests to February 25, 2019. (Ct's February 7, 2019 Text Order.)

3. Defendants have been working on providing appropriate responses to Plaintiff's discovery requests but have not had sufficient time to complete all of their responses. This is due

in part to the undersigned's schedule and workload. Further, due to the transition in the governorship of the State, there have been delays in receiving information and documents necessary to respond to Plaintiff's discovery requests.

4. Since filing their second motion requesting additional time, Defendants have served: (1) Defendant Baldwin's Response to Plaintiff's December 5, 2018 Requests for Production of Documents; (2) Defendants' Response to Plaintiff's December 6, 2018 Requests for Production of Documents; (3) Defendants' Combined Objections to Plaintiff's December 6, 2018 Interrogatories; and (4) Defendant Dr. Sim's Responses to Plaintiff's December 6, 2018 Interrogatories.

5. Defendants are working to finalize their responses to Plaintiff's December 6, 2018 Interrogatories directed to: John Baldwin (individual and official capacities), Bruce Rauner (individual capacity), J.B. Pritzker (official capacity), State of Illinois, and Illinois Department of Corrections, but require additional time to do so.

6. Defendants request an extension of time of two weeks, up to and including March 11, 2019, to provide these outstanding interrogatory responses.

7. Defendants make this request in good faith and not for the purpose of undue delay.

8. The undersigned contacted Plaintiff's counsel concerning the requested extension and Plaintiff's counsel indicated that they did not object to the requested extension.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this honorable Court grant their Motion and extend the time for them to respond to Plaintiff's discovery requests as stated herein.

                                              Respectfully submitted,

                                              John R. Baldwin, J.B. Pritzker, Bruce Rauner, Dr. Jeff Sim, Illinois Department of Corrections, and State of Illinois,

                                                      Defendants,

| | |
|---|---|
| Jeremy C. Tyrrell #6321649<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois 62701<br>(217) 785-4555 Phone<br>(217) 782-8767 Fax<br>Email: jtyrrell@atg.state.il.us | Kwame Raoul, Illinois Attorney General,<br><br>    Attorney for Defendants,<br><br>By:  s/Jeremy C. Tyrrell<br>     Jeremy C. Tyrrell<br>     Assistant Attorney General |

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   18-cv-1101-SEM-TSH |
| BRUCE RAUNER et al., | ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, I caused to be electronically filed the foregoing *Third Motion for Extension of Time to Respond to Discovery Requests* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Alexis G. Chardon:      ali@weilchardon.com
Nicole Rae Schult:      nicole@uplcchicago.org
Stephen H Weil:         steve@weilchardon.com
Alan Mills:             alan@uplcchicago.org
Emmanuel Andre:         eandre@northsidetlc.com
Alexander B. Chosid:    abchosid@wmlaw.com
Charles Z. Vaughn:      czvaughn@wmlaw.com
Karen L. McNaught:      kmcnaught@cassiday.com

Respectfully Submitted,

s/Jeremy C. Tyrrell
Jeremy C. Tyrrell #6321649
Assistant Attorney General
500 South Second Street
Springfield, IL  62701
Telephone:    (217) 785-4555
Facsimile:    (217) 782-8767
jtyrrell@atg.state.il.us