IN IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Kelli Andrews, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-cv-1101-SEM-TSH |
| | ) |
| Bruce Rauner *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO AMEND DISCOVERY SCHEDULE

Counsel for Plaintiff and counsel for all Defendants hereby jointly move to amend the discovery schedule in this case, and in support state:

1. The existing Scheduling Order in this case sets fact discovery to close on July 15, 2019. (ECF 34.)

2. Since the Scheduling Order was entered, the parties have engaged in significant correspondence and discussions relating to disputes regarding written discovery, described in part in Plaintiff's Motion to Compel. (ECF 50.)

3. As a result of the disputes regarding document production and written discovery answers, the parties have not yet been able to begin depositions.

4. On June 18, 2019, the Court granted Plaintiff's Motion to Compel (*see* ECF 58), ordering production of responsive documents by July 31, 2019 (*see id.* at 32).

5. The parties anticipate scheduling depositions to begin after production contemplated by the Court's June 18 order.

6. In light of the foregoing, the parties agree that an extension of the Scheduling Order is necessary to accommodate fact discovery in this case and jointly request an extension of the fact discovery closure date until February 28, 2020.

7.      If the Court grants this motion, the parties have agreed that they will meet and confer to adjust the corresponding case management dates (deadlines for adding parties, expert disclosures, etc.) and present a revised proposed case management schedule to the Court.

**WHEREFORE**, the parties jointly request that the current deadline for the close of fact discovery be extended from June 15, 2019 to February 28, 2020.

/s/ *Stephen H. Weil*
Stephen H. Weil
Weil & Chardon LLC
333 S. Wabash Ave. Suite 2700
Chicago, IL 60604
312-585-7404
steve@weilchardon.com

Alan Mills - alan@uplcchicago.org
Elizabeth Mazur – liz@uplcchicago.org
Nicole Schult - Nicole@uplcchicago.org
Uptown People's Law Center
4413 North Sheridan Rd.
Chicago, Illinois 60640
Tel: (773) 769-1411
Fax: (773) 769-2224

*Counsel for Plaintiff*

/s/  *Jeremy C. Tyrrell*
Jeremy C. Tyrrell
Office Of The Attorney General
500 South Second Street
Springfield, IL 62706
217-785-4555
Fax: 217-782-8767
Email: jtyrrell@atg.state.il.us

/s/  *Karen L. McNaught*
Karen L. McNaught
Cassiday Schade LLP, Suite 200
111 North 6th Street
Springfield, IL 62701
217-572-1714
Fax: 217-572-1613
Email: kmcnaught@cassiday.com

/s/  *Alexander B. Chosid*
 Alexander B. Chosid
Wiedner & Mcauliffe, Ltd.
8000 Maryland Avenue, Suite 550
St. Louis, MO 63105
314-721-3400
Fax: 314-241-7604
Email: abchosid@wmlaw.com

*Counsel for the defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 12, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

    /s/ Stephen H. Weil
Weil & Chardon LLC
333 S. Wabash Ave. Suite 2700
Chicago, IL 60604
312-585-7404
steve@weilchardon.com