IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Kelli Andrews, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.  18-cv-1101-SEM-TSH |
| | ) |
| Bruce Rauner *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT PROPOSED CASE MANAGEMENT ORDER**

Pursuant to the Court's Order of July 16, 2019, the parties hereby submit the following Joint Proposed Case Management Order:

1. Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by May 15, 2020, depositions by June 29, 2020.  All Defendants are to identify testifying experts and to provide Rule 26 expert reports by Sept. 1, 2020, depositions by October 16, 2020.  Rebuttal expert reports due by November 16, 2020.

2. The parties have until February 28, 2020, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply. The parties have until November 30, 2020 to complete expert discovery.  All depositions for discovery or use at trial shall be completed no later than the close of expert discovery.

3. Telephonic status hearing to discuss the setting of settlement conference or mediation scheduled [approx. Dec. 1, 2020] ____, _____, 2020, at _____ before U.S. Magistrate Judge Schanzle-Haskins.  (Court will place call.)

4. The parties have until January 26, 2021 to file dispositive motions.  No dispositive motions filed after that date will be considered by the Court.

5. Final pre-trial conference is scheduled for [approx.. May 21, 2021] ____, 2021 at ____ before U.S. District Judge Sue E. Myerscough.  All motions in limine to be filed on or before fifteen (15) days prior to final pretrial conference. (See Local Rule 16.1 - Pre-Trial Procedures.)

6. Jury trial is scheduled for June 7, 2021 at 9:00 a.m. on the trial calendar of U.S. District Judge Sue E. Myerscough.

Dated: July 30, 2019

 /s/ *Stephen H. Weil*
Stephen H. Weil
Weil & Chardon LLC
333 S. Wabash Ave. Suite 2700
Chicago, IL 60604
312-585-7404
steve@weilchardon.com

Alan Mills - alan@uplcchicago.org
Elizabeth Mazur – liz@uplcchicago.org
Nicole Schult - Nicole@uplcchicago.org
Uptown People's Law Center
4413 North Sheridan Rd.
Chicago, Illinois 60640
Tel: (773) 769-1411
Fax: (773) 769-2224

*Counsel for Plaintiff*

/s/   *Jeremy C. Tyrrell*
Jeremy C. Tyrrell
Office Of The Attorney General
500 South Second Street
Springfield, IL 62706
217-785-4555
Fax: 217-782-8767
Email: jtyrrell@atg.state.il.us

/s/   *Karen L. McNaught*
Karen L. McNaught
Cassiday Schade LLP, Suite 200
111 North 6th Street
Springfield, IL 62701
217-572-1714
Fax: 217-572-1613
Email: kmcnaught@cassiday.com

/s/   *Alexander B. Chosid*
 Alexander B. Chosid
Wiedner & Mcauliffe, Ltd.
8000 Maryland Avenue, Suite 550
St. Louis, MO 63105
314-721-3400

Fax: 314-241-7604
Email: abchosid@wmlaw.com

*Counsel for the defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

                                            /s/ Alexis G. Chardon
                                            Weil & Chardon LLC
                                            333 S. Wabash Ave. Suite 2700
                                            Chicago, IL 60604
                                            312-585-7404
                                            ali@weilchardon.com