## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kelli Andrews, as Administrator of the<br>Estate of Tiffany Ann Rusher, deceased,<br><br>Plaintiff,<br>v.<br><br>Bruce Rauner, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.   18-cv-1101-SEM-TSH |

## MOTION FOR EXTENSION OF TIME TO
## COMPLY WITH COURT'S JUNE 18, 2019 ORDER

Defendants, John R. Baldwin, Rob Jeffreys, J.B. Pritzker, Bruce Rauner, Dr. Jeff Sim, Illinois Department of Corrections, and State of Illinois, through their attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), move for an extension of time to comply with the Court's June 18, 2019 Order (doc. 58):

1.	On June 18, 2019, Magistrate Judge Schanzle-Haskins ruled on Plaintiff's motion to compel certain discovery requests and, based on limitations provided by the Court, ordered Defendants to supplement their responses to: Plaintiff's December 6, 2018 interrogatories 2, 3, and 15–18; Plaintiff's December 5, 2018 requests for production of documents; and Plaintiff's December 6, 2018 requests for production of documents, requests 5, 7, 8, 14, 21, 22, and 2. (Doc. 58). Many of the requests that are to be supplemented concern electronically stored information ("ESI").

2.	Defendants appealed a portion of Magistrate Judge Schanzle-Haskins's June 18, 2019 Order to Judge Myerscough. (Doc. 59). The Court recently denied this appeal but referred the ESI matters to the magistrate judge for scheduling a deadline for the parties to seek an agreement on an ESI discovery plan and ruling on an ESI discovery plan, if necessary. (Doc. 62).

The deadline for agreement on an ESI discovery plan has not yet been set.

3.      Defendants have been working to supplement their discovery responses consistent with the Court's June 18, 2019 Order but, due in part to the undersigned's schedule, additional time is needed. Since June 18, 2019, the undersigned: was out of the office for a preplanned vacation from June 14, 2019, to June 23, 2019; met with clients and prepared for a jury trial during the week of June 24, 2019, including completion of a final pretrial conference, in *Hughes, et al, v. Mitchell, et al.*, 15-3114 (C.D. Ill.); was out of the office during the week of July 1, 2019, due to a death in his family; prepared for and travelled to Chester, Illinois, and St. Louis, Missouri, for depositions on July 9, 2019; completed preparations for the jury trial in *Hughes*, 15-3114, which settled on July 15, 2019, after multiple hours of negotiations that day; prepared five of his clients for and defended depositions on July 18, 2019, July 19, 2019, and July 23, 2019; prepared for and completed a preliminary injunction evidentiary hearing on July 25, 2019; was out of the office for a preplanned family vacation from July 26, 2019, to July 30, 2019; and has generally been attending to other pressing matters in the cases to which he is assigned. Additionally, the undersigned has been discussing this case with opposing counsel, meeting with his clients, and meeting with numerous individuals in State government to gather the necessary information and documents to comply with the Court's order.

4.      Given this, Defendants respectfully request an additional thirty days, up to and including August 30, 2019, to comply with the Court's June 18, 2019 Order.

5.      Defendants also agree to produce discovery responses to counsel on a rolling basis during the requested extension. As of filing this motion, Defendants will have produced documents responsive to request 3 of Plaintiff's December 5, 2018 requests and requests 7 and 8 of Plaintiff's December 6, 2018 requests. Defendants will continue to produce responsive documents as they

are identified.

      6.     Pursuant to Local Rule, the undersigned attempted to contact Plaintiff's counsel by email this afternoon concerning the requested extension, but as of filing this motion has not received a response.

      Wherefore, Defendants respectfully request this honorable Court grant this motion and extend the time for Defendants to comply with the Court's June 18, 2019 Order.

Respectfully submitted,

John R. Baldwin, Rob Jeffreys, J.B. Pritzker, Bruce Rauner, Dr. Rushers, Jeff Sim, Illinois Department of Corrections, and State of Illinois,

      Defendants,

Jeremy C. Tyrrell #6321649      Kwame Raoul, Illinois Attorney General,
Assistant Attorney General
500 South Second Street          Attorney for Defendants,
Springfield, Illinois 62701
(217) 785-4555 Phone         By: s/Jeremy C. Tyrrell
(217) 782-8767 Fax           Jeremy C. Tyrrell
Email: jtyrrell@atg.state.il.us      Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Kelli Andrews, as Administrator of the | ) | |
| Estate of Tiffany Ann Rusher, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.    18-cv-1101-SEM-TSH |
| | ) | |
| Bruce Rauner, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I caused to be electronically filed the foregoing

*Motion for Extension of Time to Comply with Court's July 31, 2019* with the Clerk of Court using

the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Alexis G. Chardon: | ali@weilchardon.com |
| Nicole Rae Schult: | nicole@uplcchicago.org |
| Stephen H Weil: | steve@weilchardon.com |
| Alan Mills: | alan@uplcchicago.org |
| Emmanuel Andre: | eandre@northsidetlc.com |
| Alexander B. Chosid: | abchosid@wmlaw.com |
| Charles Z. Vaughn: | czvaughn@wmlaw.com |
| Karen L. McNaught: | kmcnaught@cassiday.com |

Respectfully Submitted,

s/Jeremy C. Tyrrell
Jeremy C. Tyrrell #6321649
Assistant Attorney General

4