043595/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

KELLI ANDREWS as Administrator of the
Estate of Tiffany Ann Rusher, deceased,

        Plaintiff,

v.

BRUCE RAUNER, STATE OF ILLINOIS,
JOHN R. BALDWIN, JEFF SIM, HE YUAN,
BRIAN RICHARDSON, ILLINOIS
DEPARTMENT OF CORRECTIONS and
WEXFORD HEALTH SOURCES, INC.,

        Defendants.

Case Number  18-cv-1101

Judge to Magistrate Eric I. Long

## MOTION FOR EXTENSION OF TIME

NOW COMES the Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC., by and through their attorney, Joseph N. Rupcich of CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit for their Motion for Extension of Time, states as follows:

1.     Defendants are currently scheduled to disclose expert witnesses by March 11, 2024.

2.     Defendants and Plaintiff's are working out a date for the deposition of Plaintiff's expert, which will occur in April.

3.     Defendants require an additional 30 days up to and including April 12, 2024, within which to disclose expert witnesses.  Defendants are not requesting any other deadlines be moved.

4.     Plaintiff does not object to this Motion.

WHEREFORE, for the above reasons, Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC., respectfully request this Honorable Court grant their Motion for Extension of Time or such further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Joseph N. Rupcich

One of the Attorneys for Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2024, I electronically filed the foregoing Motion for

Extension of Time with the Clerk of the Court using the CM/ECF system.  The electronic case

filing system sent a "Notice of E-Filing" to the following:

Megan Ditzler
Assistant Attorney General
500 South Second Street
Springfield IL 62701
Megan.ditzler@ilag.gov

R. Brandon Shultz, Jennifer Powell
Illinois Attorney General
201 West Pointe Drive, Suite 7
Swansea IL 62226
618-236-8781
618-236-8620 (fax)
robert.shultz@ilag.gov
Jennifer.Powell@ilag.gov

Brent L. Salsbury
Wiedner & Mcauliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis MO 63105
blsalsbury@wmlaw.com

Emmanuel Andre
Northside Transformative Law Center
1543 West Morse Avenue
Chicago IL 60626

Nicole Rae Schult, Alan Mills
Emily Hirsch
Uptown People's Law Center
4413 North Sheridan
Chicago IL 60640
Nicole@uplcchicago.org
Alan@uplcchicago.org

Stephen H. Weil, Esq.
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago IL 60607
weil@loevy.com

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Joseph N. Rupcich

11772176