043595/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| KELLI ANDREWS as Administrator of the Estate of Tiffany Ann Rusher, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>BRUCE RAUNER, STATE OF ILLINOIS, JOHN R. BALDWIN, JEFF SIM, HE YUAN, BRIAN RICHARDSON, ILLINOIS DEPARTMENT OF CORRECTIONS and WEXFORD HEALTH SOURCES, INC.,<br><br>    Defendants. | No. 18-cv-1101<br><br>Judge to Magistrate Eric I. Long |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To: See Attached Service List

  The undersigned, under penalties as provided by law states that on March 20, 2024, the following discovery document was served by mailing a copy to each person to whom directed:

**Request to Produce Directed to Plaintiff's Expert**

          _____/s/ Joseph N. Rupcich_____
          Attorneys for BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

**SERVICE LIST**

Emmanuel Andre
Northside Transformative Law Center
1543 West Morse Avenue
Chicago IL 60626

Nicole Rae Schult, Emily Hirsch
Alan Mills
Uptown People's Law Center
4413 North Sheridan
Chicago IL 60640
Nicole@uplcchicago.org
Alan@uplcchicago.org
Emily@uplcchicago.org

Stephen H. Weil
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago IL 60607
weil@loevy.com

Megan Ditzler
Assistant Attorney General
500 South Second Street
Springfield IL 62701
Megan.ditzler@ilag.gov

R. Brandon Shultz, Jennifer Powell
Illinois Attorney General
201 West Pointe Drive, Suite 7
Swansea IL 62226
618-236-8781
618-236-8620 (fax)
robert.shultz@ilag.gov
Jennifer.Powell@ilag.gov

Brent L. Salsbury
Wiedner & Mcauliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis MO 63105
blsalsbury@wmlaw.com

11787208