043595/19344/JNR

U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

KELLI ANDREWS as Administrator of the Estate of Tiffany Ann Rusher, deceased,

    Plaintiff,

v.

BRUCE RAUNER, STATE OF ILLINOIS, JOHN R. BALDWIN, JEFF SIM, HE YUAN, BRIAN RICHARDSON, ILLINOIS DEPARTMENT OF CORRECTIONS and WEXFORD HEALTH SOURCES, INC.,

    Defendants.

No. 18-cv-1101

Judge to Magistrate Eric I. Long

### NOTICE OF TAKING DEPOSITION

| | |
|---|---|
| TO: | See Attached Service List |
| DATE AND HOUR: | Wednesday, April 10, 2024, at 11:00 a.m. (Central) |
| WITNESS TO BE DEPOSED: | Dr. Terry Kupers |
| PLACE OF DEPOSITION: | Via Zoom |
| REPORTER: | Amy Powers, Circuit Wide Reporting |

    YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that at the above date, hour and place, the undersigned shall cause the above-referenced deposition to be taken upon oral examination, pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure, and that said deposition will be taken on oral interrogatories before a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like cases. Any party or their attorney may appear and participate as they see fit.

    DATED:    March 20, 2024

    CASSIDAY SCHADE LLP

    By: /s/ Joseph N. Rupcich
    One of the Attorneys for Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Taking Deposition was served upon the following attorneys of record by via e-mail on March 20, 2024. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Emmanuel Andre
Northside Transformative Law Center
1543 West Morse Avenue
Chicago IL 60626

Nicole Rae Schult, Emily Hirsch
Alan Mills
Uptown People's Law Center
4413 North Sheridan
Chicago IL 60640
Nicole@uplcchicago.org
Alan@uplcchicago.org
Emily@uplcchicago.org

Stephen H. Weil
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago IL 60607
weil@loevy.com

Megan Ditzler
Assistant Attorney General
500 South Second Street
Springfield IL 62701
Megan.ditzler@ilag.gov

R. Brandon Shultz, Jennifer Powell
Assistant Attorneys General
201 West Pointe Drive, Suite 7
Swansea IL 62226
618-236-8781
618-236-8620 (fax)
robert.shultz@ilag.gov
Jennifer.Powell@ilag.gov

Brent L. Salsbury
Wiedner & Mcauliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis MO 63105
blsalsbury@wmlaw.com

                                                         /s/ Joseph N. Rupcich

11786990