IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | )    No.    18-cv-1101-SEM-EIL ) |
| BRUCE RAUNER, et al., | ) ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

NOW COME Defendants, BRUCE RAUNER, STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIM, and ILLINOIS DEPARTMENT OF CORRECTIONS, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby move pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of time, up to and including April 15, 2024, to file a response to Plaintiff's Motion for Sanctions (Doc. 164), stating as follows:

1. On March 18, 2024, Plaintiff filed his Motion for Sanctions alleging that Defendants failed to adequately prepare a 30(b)(6) witness for deposition. (Doc. 164).

2. Pursuant to the Court's local rules, Defendant has until April 1, 2024, to file a response to Plaintiff's Motion.

3. Due to an unforeseen sickness, the undersigned's workload, and the recent holiday, Defendants will need additional time to respond to Plaintiff's Motion.

4. Defendants respectfully request an additional fourteen days, up to and including April 15, 2024, to respond to Plaintiff's motion.

5. This motion is made in good faith and not for the purpose of undue delay.

6. Prior to filing the instant motion, undersigned contacted Plaintiff's counsel to obtain Plaintiff's position on this request.

7. As of the time of filing, undersigned had not yet received a response from Plaintiff's counsel.

WHEREFORE, Defendants respectfully request that this honorable Court grant an extension of time, up to and including April 15, 2024, for Defendants to file their response to Plaintiff's Motion to Impose Sanctions. (Doc. 164).

Respectfully submitted,

BRUCE RAUNER, STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIM, and ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendants,

Megan Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 557-7081 Phone
(217) 782-8767 Fax
Email: megan.ditzler@ilag.gov
& gls@ilag.gov

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendants,

By: s/ Megan Ditzler
Megan Ditzler, #6318052
Assistant Attorney General

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) |
| BRUCE RAUNER et al., | ) ) ) |
| Defendants. | ) |

No.   18-cv-1101-SEM-EIL

I hereby certify that on April 1, 2024, the foregoing document, ***Motion for an Extension of Time,***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Emily Hirsch - emily@uplcchicago.org
Nicole Ray Schult - nicole@uplcchicago.org
Stephen Weil - weil@loevy.com
Alan Mills - alan@uplcchicago.org
Joseph Rupcich - jrupcich@cassiday.com
Alexandra Newton Rice – anrice717@gmail.com
Joy C. Syrcle - jsyrcle@cassiday.com
Brent Larsen Salsbury – blsalsbury@wmlaw.com
Charles Zachary Vaughn – czvaughn@wmlaw.com

Respectfully submitted,

      s/ Megan Ditzler
Megan Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 557-7081 Phone
(217) 524-5091 Fax
megan.ditzler@ilag.gov
gls@ilag.gov

3