043595/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| KELLI ANDREWS as Administrator of the Estate of Tiffany Ann Rusher, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE RAUNER, STATE OF ILLINOIS, JOHN R. BALDWIN, JEFF SIM, HE YUAN, BRIAN RICHARDSON, ILLINOIS DEPARTMENT OF CORRECTIONS and WEXFORD HEALTH SOURCES, INC.,<br><br>Defendants. | Case Number 18-cv-1101<br><br>Judge to Magistrate Eric I. Long |

## MOTION TO SUBSTITUTE ATTORNEYS

NOW COMES the Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC., by and through their attorney, Joseph N. Rupcich of CASSIDAY SCHADE LLP, and for their Motion to Substitute Attorneys, state as follows:

1. The law firm of Cassiday Schade LLP represents Defendants, BRIAN RICHARDSON, DR. HE YUAN, and WEXFORD HEALTH SOURCES, INC.

2. Alexandra Newton Rice and Rachael B. Hayes each entered an appearance for Defendants, BRIAN RICHARDSON, DR. HE YUAN, and WEXFORD HEALTH SOURCES, INC.

3. Alexandra Newton Rice and Rachael B. Hayes are no longer associated with the law firm of Cassiday Schade LLP.

4. Joseph N. Rupcich, who is associated with the law firm of Cassiday Schade LLP, has previously entered his appearance on behalf of the Defendants.

WHEREFORE, for the above reasons, the undersigned respectfully requests this honorable Court remove Alexandra N. Rice and Rachael B. Hayes as counsel for Defendants, BRIAN RICHARDSON, DR. HE YUAN, and WEXFORD HEALTH SOURCES, INC.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Joseph N. Rupcich
One of the Attorneys for Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, I electronically filed the foregoing Motion to Substitute Attorneys with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Megan Ditzler
Assistant Attorney General
500 South Second Street
Springfield IL 62701
Megan.ditzler@ilag.gov

R. Brandon Shultz, Jennifer Powell
Illinois Attorney General
201 West Pointe Drive, Suite 7
Swansea IL 62226
618-236-8781
618-236-8620 (fax)
robert.shultz@ilag.gov
Jennifer.Powell@ilag.gov

Brent L. Salsbury, Charles Vaughn
Wiedner & Mcauliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis MO 63105
blsalsbury@wmlaw.com
cvaught@wmlaw.com

Emmanuel Andre
Northside Transformative Law Center
1543 West Morse Avenue
Chicago IL 60626

Nicole Rae Schult, Alan Mills
Uptown People's Law Center
4413 North Sheridan
Chicago IL 60640
Nicole@uplcchicago.org
Alan@uplcchicago.org

Stephen H. Weil
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago IL 60607
weil@loevy.com

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Joseph N. Rupcich

11816842