IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KELLI ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 18-cv-1101 |
| | ) | |
| BRUCE RAUNER, et al., | ) | Hon. Sue E. Myerscough |
| | ) | |
| Defendants. | ) | Hon. Tom Schanzle-Haskins, Magistrate |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF EMILY HIRSCH

Plaintiff hereby moves this Court for leave to withdraw the appearance of attorney Emily Hirsch as counsel for plaintiff in this matter and in support states:

1. Ms. Hirsch entered her appearance in this matter on May 11, 2023 (Dkt. No. 154).

2. Ms. Hirsch's last day of employment at the Uptown People's Law Center is May 31, 2024.

3. Plaintiff will continue to be represented by attorneys from Uptown People's Law Center and Loevy & Loevy.

WHEREFORE, the undersigned respectfully requests that her appearance as counsel of record be withdrawn and that she be removed from the Electronic Case Filing Service List.

Respectfully Submitted,

/s/ Emily Hirsch

Counsel for Plaintiff

Alan Mills – alan@uplcchicago.org
Nicole Schult – nicole@uplcchicago.org
Emily Hirsch – emily@uplcchicago.org
Uptown People's Law Center
4413 N. Sheridan
Chicago, Illinois 60640
(773) 769-1411

CERTIFICATE OF SERVICE

I, Emily Hirsch, certify that I served this foregoing Motion for Leave to Withdraw Appearance to all counsel of record by filing the same through the CM/ECF system.

/s/ Emily Hirsch