043595/19344/JNR

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| KELLI ANDREWS as Administrator of the Estate of Tiffany Ann Rusher, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE RAUNER, STATE OF ILLINOIS, JOHN R. BALDWIN, JEFF SIM, HE YUAN, BRIAN RICHARDSON, ILLINOIS DEPARTMENT OF CORRECTIONS and WEXFORD HEALTH SOURCES, INC.,<br><br>Defendants. | Case Number 18-cv-1101<br><br>Judge to Magistrate Eric I. Long |

**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

NOW COMES the Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC., by and through their attorney, Joseph N. Rupcich of CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit for their Motion for Extension of Time, state as follows:

1. Per the Court's Order of December 18, 2023, Dispositive Motions are due June 14, 2024.

2. The undersigned is currently in a jury trial in *Talafhah v. Riss,* 19-1065, which began on June 10 and is expected to conclude June 17. The undersigned was unable to prepare their Motion for Summary Judgment due to the ongoing jury trial.

3. Defendants request an extension of time of three weeks up to and including July 5, 2024, within which to file their Motion for Summary Judgment.

4. Due to the ongoing trial, the undersigned was unable to confer with Plaintiff's counsel and makes no representation on Plaintiff's position.

WHEREFORE, for the above reasons, Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC., respectfully requests this Honorable Court grant their Motion for Extension of Time or such further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Joseph N. Rupcich
     One of the Attorneys for Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Emmanuel Andre
Northside Transformative Law Center
1543 W. Morse Avenue
Chicago, IL 60626

Emily Hirsch, Nicole Schult
Alan Mills
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60646
nicole@uplcchicago.org
emily@uplcchicago.org
alan@uplcchicago.org

Stephen Weil
Loevy & Loevy
2071 North Southport Avenue, Suite 205
Chicago, IL 60614
weil@loevy.com

Jennifer Powell, Robert Shultz.
Illinois Attorney General
201 West Point Drive, Site 7
Swansea, IL  62226
jennifer.powell@ilag.gov
robert.schultz@ilag.gov

Brent Salsbury
Charles Vaughn
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, MO  63105
blsalsbury@wmlaw.com
czvaughn@wmlaw.com

4

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Joseph N. Rupcich

11923204