1:18-cv-01101-SEM-DJQ    # 181-14    Filed: 07/08/24    Page 1 of 7

c:\users\cshawgo\local settings\temp\1334515.tif printed by mivap. (Page 1 of 2)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Evaluation of Suicide Potential**

Logan Correctional Center
Facility

Offender Name: Rusher, Tiffany      ID#: R85487     DOB: 6/28/1989
Last, First, MI

## SCREENING QUESTIONNAIRE

| # | Question | Yes | No |
|---|---|---|---|
| 1. | Have there been reports that the offender may be at risk for suicide? | ☒ | ☐ |
| 2. | Has the offender experienced a significant loss within the previous six months? | ☐ | ☒ |
|   | • If yes, describe: | | |
| 3. | Is the offender worried about any major problems other than his or her legal situation? | ☒ | ☐ |
|   | • If yes, describe: family concerns | | |
| 4. | If the offender holds a position of respect in the community, is his or her alleged crime shocking in nature? | ☒ | ☐ |
| 5. | Is this the offenders first involvement with the legal system? | ☐ | ☒ |
|   | • If yes, describe: | | |
| 6. | Does the offender appear to feel unusually embarrassed or ashamed? | ☐ | ☒ |
| 7. | Does the offender express feelings of hopelessness or helplessness? | ☐ | ☒ |
| 8. | Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)? | ☐ | ☒ |
|   | • If yes, describe: | | |
| 9. | Does the offender seem overly anxious, afraid, or angry? | ☒ | ☐ |
|   | • If yes, describe: anger at being placed on MHU East | | |
| 10. | Is the offender acting or talking in a strange manner (e.g. cannot focus his or her attention, hallucinating, etc.)? | ☐ | ☒ |
|   | • If yes, describe: | | |
| 11. | Has the offender made previous suicide attempts? | ☒ | ☐ |
|   | • If yes: | | |
|   |    o How many attempts have been made previously? unknown | | |
|   |    o Date and method of the most recent suicide attempt: tied a ligature around her neck on MHU North | | |
| 12. | Does the offender express thoughts of killing him or herself? | ☒ | ☐ |
| 13. | Does the offender have a plan for suicide? | ☒ | ☐ |
|   | • If yes: | | |
|   |    o Describe: by any means necessary | | |
|   |    o Does the offender have the means to carry out the suicide plan? | ☐ | ☒ |
| 15. | Does the offender have a family member or significant other who has attempted or completed suicide? | ☐ | ☒ |
|   | • If yes: | | |
|   |    o What is the persons relationship to the offender? | | |
|   |    o Identify the date and method of the attempted or completed suicide: | | |
| | Calculate the total number of yes/no responses in each column: | 7 | 8 |

Distribution: Offender Medical File

Page 1 of 2
Printed on Recycled Paper

DOC 0379 (Eff. 6/2012)

Andrews v. Rauner, et al. (18-1101) IDOC Document No.: 000017

ILLINOIS DEPARTMENT OF CORRECTIONS
**Evaluation of Suicide Potential**

| Offender Name: Rusher, Tiffany | ID#: R85487 | DOB: 6/28/1989 |
|---|---|---|
| Last, First, MI | | |

## DISPOSITION

- **TOTAL NUMBER OF AFFIRMATIVE RESPONSES FROM SECTION IV:** _____
  *If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.*
  - ☒ Review for crisis watch (Check One: ☒ Continuous Watch ☐ Suicide Watch ☐ Close Supervision ☐ Periodic Check)
  - ☐ Refer for a mental health evaluation
  - ☐ Refer for medication

- **REFERRAL FOR MENTAL HEALTH ASSESSMENT**
  (Check One)
  - ☐ Emergent referral (1 hour)
  - ☐ Urgent referral (3 hours)
  - ☐ Routine referral
  - ☒ No referral for evaluation required at this time

- **HOUSING RECOMMENDATION**
  (Check One)
  - ☒ Place in special housing (specify if special housing includes placement in a crisis cell)
  - ☐ Place in special treatment setting (Dixon DPU, Dixon STC, Pontiac PMHU, Dwight MHU, Tamms STU)
  - ☐ Place in general population

- **ACUITY LEVEL**

  | 4 |
  |---|

Comments: IM Rusher attempted suicide by tightening a ligature around her neck. After being assessed by the HCU, she was returned to a crisis cell. She obtained a staple and scraped her left wrist.

| Evaluation completed by: | *L Padala PsyD LCP* (signature) |
|---|---|
| Name (Print): L. Padala, Psy.D. LCP | Title: Licensed Clinical Psychologist |
| Date: 06/26/13 | Time: 3:25 PM |

Andrews v. Rauner, et al. (18-1101) IDOC Document No.: 000018

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH PROGRESS NOTE**

Offender Name: Rusher, Tiffany (Last, First, MI)  ID#: R85487  DOB: 6-28-88

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

Session Date/Time: 11-19-13   Session Duration: 20'

| | Appropriate | Inappropriate | | Appropriate | Inappropriate |
|---|---|---|---|---|---|
| Appearance: | ☑ | ☐ | Concentration: | ☑ | ☐ |
| Behavior: | ☑ | ☐ | Memory: | ☑ | ☐ |
| Mood: | ☑ | ☐ | Speech: | ☑ | ☐ |
| Affect: | ☑ | ☐ | Thoughts: | ☑ | ☐ |

**Subjective, Objective, Assessment**

In C/F, has ↑ anxiety, irritable, insomnia, feels motivated for treatment

Reason for Referral: Routine Follw-Up (circled)

Medical History/Allergies: No

Objective Data: Alert:(✓) yes ( ) no  Cooperative:(✓) yes ( ) no
Coherent:(✓) yes ( ) no  Appropriate eye contact: (✓) yes ( ) no

Mood/Affect: ( ) Depressed (✓) Anxious ( ) Agitated

Perceptual Distortions: ( ) Auditory Hallucination ( ) Visual Hallucinations ( ) Sensory Hallucinations ( ) Responding to internal stimuli (✓) None Apparent

Thought Process: (✓) Intact ( ) Tangential ( ) Circumstantial ( ) Loose Assoc. ( ) Blocking/Delayed ( ) Disorganized

Thought Content:(✓)Unremarkable ( ) Paranoid ( )Delusional

Suicidal ( ) yes (✓) no   Homicidal ( ) yes (✓) no

Insight: ( ) Good (✓) Fair ( ) Poor
Judgement: ( ) Good (✓) Fair ( ) Poor
Impulse Control: ( ) Good (✓) Fair ( ) Poor

Assessment/Diagnosis: Axis I: Bipolar 1/o
Axis II: def
Axis III: def

**Plan**

and depression, anger. Med, daily and therapy, denies SI

Renew Risperdal 4 mg
Tegretol 600 mg
Benadryl 50 mg
Klonopin 0.5 mg X 10 days

Labs: Tegretol level on 11-26-13

Patient provided information about alternatives, side affects, risks and benefits of meds. Answered questions, acknowledges understanding and agreed/refused to take meds. Offender signed consent for evaluation, diagnosis and treatment.

Any other comments:

RTC: 6w

Clinician Name (print): Dr. H. Yuan  YUAN  Logan  Signature: X
Facility: Dwight Correctional Center  Title: Psychiatrist

ILLINOIS DEPARTMENT OF CORRECTIONS
# Mental Health Segregation Review

Logan
_____
Facility

Offender Name: **Rusher, Tiffany** (Last, First, MI)   ID#: **R85487**   DOB: **6/28/89**

Start Date of Segregation Placement: _____   Review Date/Time: **7/22/13  1040a**

**Subjective**

Offender Status (check one):
- ☐ Refused interview
- ☐ Self report of no mental health problems or complaints at this time
- ☒ Sees mental health staff or the psychologist regularly on call
- ☐ On crisis watch

Additional information (if applicable): _currently on 15-min close supervision_

**Objective**

Cell or Housing Conditions or Appearance (Check one):
- ☒ Normal
- ☐ Suggest mental health decompensation

Interview with Security Staff (Check one):
- ☐ Does not indicate need for crisis placement
- ☒ Indicates need for crisis placement (explain)

_currently on 15-min close supervision_

Interview with Medical Staff (Check one):
- ☐ Information from medical staff does not indicate need for crisis placement
- ☒ Information from medical staff indicates need for crisis placement (explain)

_recent self-harm with seg-pen required immediate medical attention_

Additional information (if applicable): _____

**Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Appearance: | ☒ Appropriate | ☐ Inappropriate | Concentration: | ☒ Appropriate | ☐ Inappropriate |
| Behavior: | ☒ Appropriate | ☐ Inappropriate | Memory: | ☒ Appropriate | ☐ Inappropriate |
| Mood: | ☒ Appropriate | ☐ Inappropriate | Speech: | ☒ Appropriate | ☐ Inappropriate |
| Affect: | ☒ Appropriate | ☐ Inappropriate | Thoughts: | ☒ Appropriate | ☐ Inappropriate |

Evaluation Results (check one)
- ☐ Evaluation of mental status could not be conducted
- ☐ Evaluation of mental status is within normal limits
- ☒ Evaluation of mental status indicates concern (explain)

Additional information (if applicable): _Continue 15-min watch / close supervision_

Placement (Check One):
- ☒ No contraindications for placement
- ☐ Placement Contraindicated (explain)

Accommodation (Check One):
- ☐ No special accommodations
- ☒ Special accommodations needed (explain)

_MHU segregation placement - fulfilled_

Distribution: Offender Medical File   Printed on Recycled Paper   DOC 0380 (Eff. 6/2012)

Andrews v. Rauner, et al. (18-1101) IDOC Document No.: 000020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Mental Health Segregation Review**

Offender Name: **Rusher, Tiffany**  ID#: **R85487**  DOB: **6/25/89**
Last, First, MI

**Plan**

Follow-Up Action (Check all that apply):
- ☐ Follow-up during routine periodic segregation rounds
- ☐ Self-referral instructions provided
- ☒ Psychiatric follow-up required
- ☒ QMHP follow-up required
- ☐ Medical follow-up required
- ☐ Placement on crisis watch status (expalin)

Additional information (if applicable): Referred to psychiatrist; regular contact with QMHP

Additional Comments: Third suicide attempt/self-harm in approximately two months; placed on seg status a few hours before most recent attempt.

Review completed by:

L. Podala, PsyD LCP   Licensed Clinical Psychologist   [signature] L Podala PsyD LCP   7/22/13
Print Clinician Name   Title   Signature of Clinician   Date

Distribution: Offender Medical File   Printed on Recycled Paper   DOC 0380 (Eff. 8/2012)

Andrews v. Rauner, et al. (18-1101) IDOC Document No.: 000021

# ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS)

Instructions: Complete examination procedure before making ratings. While conducting the examination, have resident sit in a firm chair without arms. For all MOVEMENT ratings (Sections A, B and C) rate highest severity observed. Circle only one code for each evaluation

SCORING CODES:  0 = None   1 = Minimal/Normal   2 = Mild   3 = Moderate   4 = Severe

| | ASSESSMENT DATES | | |
|---|---|---|---|
| **Section A. Facial & Oral Movement** | 1/8/13 | / / | / / |
| **1. Muscles of Facial Expression** e.g., movement of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **2. Lips and Perioral Area** e.g., puckering, pouting, smacking | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **3. Jaw** e.g. biting, clenching, chewing, mouth opening, lateral movement | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **4. Tongue** Rate only increase in movement both in and out of mouth, NOT inability to sustain movement | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **Section B. Extremity Movement** | | | |
| **5. Upper (Arms, Wrists, Hands, Fingers)** Include choreic movements (e.g. rapid, objectively purposeless, irregular, spontaneous), athetoid movements (e.g. slow, irregular, complex, serpentine). DO NOT include tremor (e.g. repetitive, regular, rhythmic) | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **6. Lower (Legs, Knees, Ankles, Toes)** e.g., lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **Section C. Trunk Movement** | | | |
| **7. Neck, Shoulders, Hips** e.g. rocking, twisting, squirming, pelvic gyrations | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **Section D. Global Judgments** | | | |
| **Severity of abnormal movement** | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **8. Incapacitation Due to Abnormal Movement** | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **9. Incapacitation Due to Abnormal Movement** Rate only patient's report | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **10. Resident Awareness of Abnormal Movement** Rate only patient's report | 0 **1** 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **Section E. Dental Status** | | | |
| **11. Current Problems with Teeth and/or Dentures** | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |
| **12. Does Resident Usually Wear Dentures** | **0** 1 2 3 4 | 0 1 2 3 4 | 0 1 2 3 4 |

Yuan
Dr. Signature/Date

Rusher Tiffany
Offender Name

R85487
Number

Andrews v. Rauner, et al. (18-1101) IDOC Document No.: 000022

ILLINOIS DEPARTMENT OF CORRECTIONS
## Order for the Use of Therapeutic Restraints

**LOGAN CORRECTIONAL CENTER**
Facility

**Offender Name:** Rusher, Tiffany  **ID#** R85487

Type of Restraint: ☒ Soft  ☐ Hard

Initial Restraint Order: Start Time: 02:15   ☐ a.m. ☒ p.m.   End Time: _____ ☐ a.m. ☐ p.m.

Rationale for use of restraints (Include events leading up to the need for the restraints and any less intrusive means of intervention used.):

IM Rusher was found by CO Lipscomb with blood on her arm. She reported to this writer that she had injured herself because she was "depressed" about being placed on East MHU. At appproximately 12:45PM she had tighened a ligature around her neck as well. Recent injury cause by a staple that she reported finding in the cell. She stated that there would be "a dead body" by the end of the night.

Signature/Title: H Padola Psy-D LCP
Date: 6/26/2013
Time: 03:30 ☐ a.m. ☒ p.m.

### Therapeutic Restraint Order

Physician/Psychiatrist: N/A
Title: N/A

Contacted By: N/A   Date: _____   Time: _____ ☐ a.m. ☐ p.m.

Length of Time for Order: _____   Vital Sign Checks (8-9 hours): _____

Mental Health Professional: H Padola Psy-D LCP
Title: Licensed Clinical Psychologist

Crisis Team Leader: _____
Title: _____

Extension of Original Order: Start Time: _____ ☐ a.m. ☐ p.m.   End Time: _____ ☐ a.m. ☐ p.m.

Signature/Title: _____   Date: _____   Time: _____ ☐ a.m. ☐ p.m.

**Removal of Therapeutic Restraints Rational**

IM Rusher has repeatedly stated that she is no longer a danger to self

Clinical Assessment by: H Padola Psy-D LCP   Date: 7/1/13   Time: 4:50 ☐ a.m. ☒ p.m.

### Notifications

|  | Original Notification |  |  | Notification of Removal |  |  |
|---|---|---|---|---|---|---|
| Shift Supervisor | Date | Time | ☐ a.m. ☐ p.m. | Date | Time | ☐ a.m. ☐ p.m. |
| DAO/CAO | Date | Time | ☐ a.m. ☐ p.m. | Date | Time | ☐ a.m. ☐ p.m. |
| Nurse Shannon — Health Care | Date | Time | ☐ a.m. ☐ p.m. | Date | Time | ☐ a.m. ☐ p.m. |
| Dr. Ashley — Crisis Team Leader | Date | Time | ☐ a.m. ☐ p.m. | Date | Time | ☐ a.m. ☐ p.m. |

Distribution: Medical File

Printed on Recycled Paper

DOC 0376 (Eff. 6/2012)