IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) ) |
| BRUCE RAUNER et al., | ) ) |
| Defendants. | ) |

No. 18-cv-1101-SEM-EIL

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, BRUCE RAUNER, STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIM, and THE ILLINOIS DEPARTMENT OF CORRECTIONS, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1(D), hereby file their Motion for Summary Judgment. In support of this motion, Defendants state as follows:

1. Plaintiff filed her complaint in this case on March 11, 2018, alleging that Defendants Rauner, Baldwin, and Sim violated the Eighth Amendment rights of her deceased daughter, Tiffany Rusher, through deliberate indifference to Ms. Rusher's serious medical needs.

2. Plaintiff further alleged that Defendants State of Illinois and Illinois Department of Corrections ("IDOC") discriminated against her daughter under the Americans with Disabilities Act (the "ADA") and the Rehabilitation Act of 1973 (the "RA") and denied her the accommodation of inpatient mental health care.

3. The complaint was amended on December 11, 2019 to add a new claim against various defendants for medical negligence.

4. Summary judgment is appropriate in favor of the individual Defendants because each lacked the requisite personal involvement and the personal knowledge necessary to hold them liable under Section 1983.

5. Alternatively, the individual Defendants are entitled to qualified immunity.

6. The state Defendants are entitled to summary judgment on Plaintiff's ADA claim because they provided Plaintiff with a reasonable accommodation and Plaintiff was not denied access to a program or activity because of her disability.

7. A memorandum of law in support is attached hereto and incorporated herein by reference.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court grant their Motion and enter summary judgment in their favor and against the Plaintiff.

                                      Respectfully submitted,

                                      BRUCE RAUNER, STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIM, and ILLINOIS DEPARTMENT OF CORRECTIONS,

                                      Defendants,

                                      KWAME RAOUL, Attorney General,
                                      State of Illinois,

| | |
|---|---|
| R. Brandon Shultz #6331528 | Attorney for Defendants, |
| Assistant Attorney General | |
| 201 West Pointe Dr. Suite 7 | |
| Swansea, IL 62226 | |
| Phone: (618) 236-8783 | By:  s/R. Brandon Shultz |
| Fax: (618) 236-8620 |       R. Brandon Shultz |
| Email: robert.shultz@ilag.gov |       Assistant Attorney General |
|        & gls@ilag.gov | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, <br><br> Plaintiff, <br><br> -vs- <br><br> BRUCE RAUNER et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> No.   18-cv-1101-SEM-EIL |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I caused to be electronically filed the foregoing document, ***Defendants' Motion for Summary Judgment,*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Nicole Ray Schult | nicole@uplcchicago.org |
| Stephen Weil | weil@loevy.com |
| Alan Mills | alan@uplcchicago.org |
| Joseph Rupcich | jrupcich@cassiday.com |
| Joy C. Syrcle | jsyrcle@cassiday.com |

Respectfully submitted,

By: s/R. Brandon Shultz
R. Brandon Shultz #6331528
Assistant Attorney General
Metro East Office
201 West Pointe Drive, Suite 7
Belleville, IL 62226
Telephone:  (618) 236-8781
Facsimile:  (618) 236-8620
Email: Robert.Shultz@ilag.gov
&  gls@ilag.gov