043595/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

KELLI ANDREWS as Administrator of the
Estate of Tiffany Ann Rusher, deceased,

       Plaintiff,

v.

BRUCE RAUNER, STATE OF ILLINOIS,
JOHN R. BALDWIN, JEFF SIM, HE YUAN,
BRIAN RICHARDSON, ILLINOIS
DEPARTMENT OF CORRECTIONS and
WEXFORD HEALTH SOURCES, INC.,

       Defendants.

Case Number  18-cv-1101

Judge Sue E. Myerscough

Magistrate Eric I. Long

## JOINT MOTION TO CONTINUE TRIAL DATE

NOW COMES the Parties, through their respective counsel, hereby submit their Joint Motion to Continue Trial Date, stating as follows:

1.      Per the Court's Order, jury trial is set for September 8, 2025.  The final pretrial conference is scheduled for August 25, 2025.  Text Order of February 6, 2025.

2.      According to the Court's standing order on final pretrial conferences, exhibits, and jury instructions, pretrial documents are due to the Court by August 18.  This requires the parties to exchange pretrial information well before August 18 to meet the Court's deadlines.

3.      Defendants' Motions for Summary Judgment are fully briefed and pending.  Doc. 181.  The Court's ruling on the Motions will impact preparation of the Final Pretrial Order and its accompanying documents.  The parties wish to have the Court's ruling to guide their preparation of these materials so that they are of maximum use to the Court and parties in preparing the case for trial.

4.       The Parties therefore request the trial date be vacated and reset following the

Court's ruling on the pending summary judgment motions.

WHEREFORE, the Parties respectfully request this Honorable Court grant their Joint

Motion to Continue Trial Date or such further relief deemed appropriate.

Respectfully submitted,

By:   /s/ Joseph N. Rupcich

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

KWAME RAOUL
Attorney General of Illinois

/s/       Robert Shultz

Jennifer Powell, Robert Shultz
Illinois Attorney General
201 West Point Drive, Suite 7
Swansea, IL  62226
jennifer.powell@ilag.gov
robert.schultz@ilag.gov

Brent Salsbury, Charles Vaughn
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, MO  63105
blsalsbury@wmlaw.com
czvaughn@wmlaw.com

*Counsel for Defendants*

/s/      Savanah Murin_____

Bryce A. Cooper, Patrick Murphy,
Savanah Murin
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Arthur Loevy, Maria Makar
LOEVY & LOEVY
312 North May St., Suite 100
Chicago, IL 60607

Alan Mills, Nicole Schult
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan
Chicago, IL 60640

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Emmanuel Andre
Northside Transformative Law Center
1543 W. Morse Avenue
Chicago, IL 60626

Bryce A. Cooper, Patrick Murphy,
Savanah Murin
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Arthur Loevy, Maria Makar
LOEVY & LOEVY
312 North May St., Suite 100
Chicago, IL 60607

Alan Mills, Nicole Schult
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan
Chicago, IL 60640

Jennifer Powell, Robert Shultz.
Illinois Attorney General
201 West Point Drive, Suite 7
Swansea, IL  62226

Brent Salsbury
Charles Vaughn
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, MO  63105

/s/ Joseph N. Rupcich

13401861

4