IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLI ANDREWS, as Administrator of the Estate of Tiffany Ann Rusher, deceased, | )<br>)<br>) |
| Plaintiff, | ) Case No. 18-cv-1101 |
| v. | )<br>) Judge Sue E. Myerscough |
| BRUCE RAUNER, THE STATE OF ILLINOIS, JOHN R. BALDWIN, JEFF SIM, HE YUAN, BRIAN RICHARDSON, THE ILLINOIS DEPARTMENT OF CORRECTIONS, and WEXFORD HEALTH SOURCES, INC., | )<br>) Magistrate Judge Douglas J. Quivey<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
FOR LEAVE TO FILE AMENDED ANSWER**

NOW COMES Plaintiff Kelli Andrews, through her respective counsel, hereby submits a Response to Defendants' Motion for Leave to File Amended Answer, stating as follows:

1. Defendants Brian Richardson, He Yuan, and Wexford Health Sources ("Wexford Defendants") submitted a motion for leave to file amended answers that adds an affirmative defense for setoff of the amount paid by settling co-defendants.

2. Plaintiff does not object to Wexford Defendants' proposed revision to their Amended Answers. However, Plaintiff does ***not*** concede that Wexford Defendants are entitled to setoff in this case. *See e.g.*, *Holman v. Illinois Dep't of Corr.*, 2024 WL 5131945, at *1, *8 (C.D. Ill. Dec. 16, 2024) (finding setoff improper because the parties' actions led to "separate and distinct harm[s]," despite "some unavoidable overlap of the evidence" between the ADA/Rehabilitation Act claims directed at IDOC and the Eighth Amendment claim directed at a Wexford physician);

1

*Fox ex rel. Fox v. Barnes*, 2013 WL 2111816, at *1, *10 (N.D. Ill. May 15, 2013) (finding setoff improper, explaining that the jury award did not overlap with settlement proceeds).

3. "A setoff is a procedural device for adjusting a verdict," and is thus appropriate for disposition post-trial. *Holman*, 2024 WL 5131945, at *7; *Fox*, 2013 WL 2111816, at *3. Plaintiff reserves all rights to object to and submit briefing and argument opposing any request by the Wexford Defendants for setoff at the appropriate time.

WHEREFORE, Plaintiff does not object to Wexford Defendants' request to file Amended Answers; however, Plaintiff reserves all rights to object to and oppose a request for setoff after trial.

Date: January 6, 2026

Respectfully submitted,

By: */s/ Bryce A. Cooper*

Bryce A. Cooper
Savannah L. Murin
Patrick G. Murphy
Rachel J. Fishman
**WINSTON & STRAWN LLP**
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
Phone: (312) 558-5600
Fax: (312) 558-5700
bcooper@winston.com
smurin@winston.com
pgmurphy@winston.com
rfishman@winston.com

Nicole R. Schult
Alan Mills
**UPTOWN PEOPLE'S LAW CENTER**
4413 North Sheridan
Chicago, IL 60640
Phone: (773) 769-1411
Fax: (773) 769-2224
nicole@uplcchicago.org
alan@uplcchicago.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Bryce Cooper, an attorney, certify that on January 6, 2026, I caused the foregoing Plaintiff's Response to Defendants' Motion for Leave to File Amended Answer to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

By: */s/ Bryce A. Cooper*
Bryce A. Cooper

*Attorney for Plaintiff*