043595/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

KELLI ANDREWS as Administrator of the
Estate of Tiffany Ann Rusher, deceased,

        Plaintiff,

v.

BRUCE RAUNER, STATE OF ILLINOIS,
JOHN R. BALDWIN, JEFF SIM, HE YUAN,
BRIAN RICHARDSON, ILLINOIS
DEPARTMENT OF CORRECTIONS and
WEXFORD HEALTH SOURCES, INC.,

        Defendants.

Case Number  18-cv-1101

Judge Sue E. Myerscough

## MOTION FOR LEAVE TO FILE AMENDED EXHIBIT LIST

NOW COME the Defendants, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC., by and through their attorneys, CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit for their Motion for Leave to File Amended Exhibit List, stating as follows:

1.    This case is set for jury trial on January 20, 2026.

2.    The parties submitted the proposed pretrial order and accompanying exhibits on December 31, 2025.  Doc. 240.

3.    Defendants have identified several additional exhibits during their trial preparation they would like to add to the end of their exhibit list at 65-81.

4.    Plaintiff today obtained leave to amend her Exhibit list, to which Defendant did not object.  January 6, 2026, text order.

5.    Plaintiff will not be prejudiced, as all Exhibits added are Bates numbered and were exchanged in discovery in this matter.

6.     Defendants' Amended Exhibit List is attached hereto.

WHEREFORE, for the above reasons, Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC., respectfully requests this Honorable Court grant their Motion for Leave to File Amended Exhibit List or such further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:   /s/ Joseph N. Rupcich
        One of the Attorneys for Defendant, BRIAN
        RICHARDSON, DR. HE YUAN and
        WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2026, I electronically filed the foregoing Motion for Leave with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Emmanuel Andre
Northside Transformative Law Center
1543 W. Morse Avenue
Chicago, IL 60626

Nicole Schult, Alan Mills
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60646
nicole@uplcchicago.org
emily@uplcchicago.org
alan@uplcchicago.org

Maria Makar, Arthur Loevy
Loevy & Loevy
2071 North Southport Avenue, Suite 205
Chicago, IL 60614
Makar@loevy.com

Jennifer Powell
Illinois Attorney General
201 West Point Drive, Suite 7
Swansea, IL  62226
jennifer.powell@ilag.gov

Robert Brandon Shultz
Assistant Attorney General
201 West Point Drive, Suite 7
Belleville, IL 62226
robert.schultz@ilag.gov

Brent Salsbury
Charles Vaughn
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, MO  63105
blsalsbury@wmlaw.com
czvaughn@wmlaw.com

Bryce Cooper
Patrick Murphy
Savanah Murin
Rachel Fishman
Winston & Strawn LLP
300 N. LaSalle Drive, Suite
Chicago IL  60654
BCooper@winston.com
PGMurphy@winston.com
smurin@winston.com
rfishman@winston.com

/s/ Joseph N. Rupcich

13636246