043595/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

KELLI ANDREWS as Administrator of the Estate of Tiffany Ann Rusher, deceased,

    Plaintiff,

v.

BRUCE RAUNER, STATE OF ILLINOIS, JOHN R. BALDWIN, JEFF SIM, HE YUAN, BRIAN RICHARDSON, ILLINOIS DEPARTMENT OF CORRECTIONS and WEXFORD HEALTH SOURCES, INC.,

    Defendants.

Case Number 18-cv-1101

Judge Sue E. Myerscough

## **DEFENDANTS' AMENDED EXHIBIT LIST**

| EXHIBIT | BATES | DOCUMENTS |
|---|---|---|
| 1 | IDOC 1-9 | Disciplinary Card |
| 2 | IDOC 10-16 | Champs |
| 3 | IDOC 17-4297 | Medical Records |
| 4 | IDOC 4298-4425 | Disciplinary Reports and Adjustment Committee |
| 5 | IDOC 4426-4429 | Trust Fund |
| 6 | IDOC 4430-4447 | Admin. Code |

1

| 7 | IDOC 4448-4500 | Institutional Directives |
|---|---|---|
| 8 | IDOC 4501-4580 | Logan April 2017 Offender Handbook |
| 9 | IDOC 4581-4708 | Adjustment and Disciplinary |
| 10 | IDOC 4709-4714 | Living Unit History |
| 11 | IDOC 4715-4716 | Visit History |
| 12 | IDOC 4717-4731 | Photos 1.6.10 to 11.5.10 |
| 13 | IDOC 4732-4733 | Movement History |
| 14 | IDOC 4734-4740 | Offender Health Care Services |
| 15 | IDOC 4741-4744 | Offender Infirmary Services |
| 16 | IDOC 4745-4751 | General Provision |
| 17 | IDOC 4752-4754 | HCU Non-Emergency AD 5.1.16 |
| 18 | IDOC 4755-4762 | Suicide Prevention & Intervention & Emergency Services |
| 19 | IDOC 4763-4764 | Inmate Management and Movement |
| 20 | IDOC 4765-4774 | Admin. Detention Policy |
| 21 | IDOC 4775-5031 | Older Medical Records |

| | | |
|---|---|---|
| 22 | IDOC 5085-5104 | SMI List 12/6/13/Caseload |
| 23 | IDOC 5109-5116 | IDOC 2013-2016 Inpatient List |
| 24 | IDOC 5117-5118 | IDOC Inpatient Designated |
| 25 | IDOC 5119-5120 | Inpatient Designated 3/24/15 |
| 26 | IDOC 65440-65455 | IDOC – Richardson Timecard 9/1/15 to 5/31/16 |
| 27 | IDOC 65456-65473 | IDOC – Richardson Patient List |
| 28 | Wexford 2214-2233 | Rusher Civil Commitment Documents |
| 29 | Wexford 2325-2361 | Wexford-IDOC Contract |
| 30 | Wexford 2625 | Visitor's Log |
| 31 | Wexford 2677-2689 | Rusher phone logs |
| 32 | Wexford 2690-2847 | Pavilion Behavioral Health System |
| 33 | Wexford 2851-2855 | AD 404100 2013 9 |
| 34 | Wexford 2856-2861 | AD 404100 20414 0 |
| 35 | Wexford 2862-2867 | AD 404100 2016 5 |
| 36 | Wexford 2868-2873 | Logan CC ID 04.04.100 (1-28-13) |

| 37 | Wexford 2874-2879 | Logan CC ID 04.04.100 (4-16-14) |
|---|---|---|
| 38 | Wexford 2880-2886 | Logan CC ID 04.04.100 (8-24-15) |
| 39 | Wexford 2887-2893 | Logan CC ID 04.04.100 (5-1-16) |
| 40 | Wexford 2894-2988 | Mental Health Standard Operating Procedure Manual 05 12 2016 |
| 41 | Wexford 2989-3109 | Mental Health Standard Operating Procedure Manual 12 01 2016 |
| 42 | Wexford 3110-3167 | OMHM Protocol Manual 2012 |
| 43 | Wexford 3168-3227 | Update OMHN Protocol Manual 2014 |
| 44 | Wexford 3263-3269 | Emails on inpatient facility |
| 45 | Wexford 3595-3788 | NCCHC Standards for Health Services in Prisons 2014 |
| 46 | Wexford 3789-3952 | NCCHC Standards for Health Services in Prisons 2018 |
| 47 | Wexford 3953-4136 | NCCHC Standards for Mental Health 2015 |
| 48 | Andrews v. Sangamon Plaintiff's Production 000001-4848 | Logan Medical Records – Plaintiff's Response to Illinois Defendants' First Requests for Production of Documents to Plaintiff 3/25/19 and Plaintiff's Response to RTP from Wexford 3/11/19 |
| 49 | Andrews v. Sangamon | McFarland Medical Records - – Plaintiff's Response to Illinois |

| | Plaintiff's Production 0004849-5286 | Defendants' First Requests for Production of Documents to Plaintiff 3/25/19 and Plaintiff's Response to RTP from Wexford 3/11/19 |
|---|---|---|
| 50 | Andrews v. Sangamon Plaintiff's Production 005287-5417 | Sangamon County Jail Medical Records - – Plaintiff's Response to Illinois Defendants' First Requests for Production of Documents to Plaintiff 3/25/19 and Plaintiff's Response to RTP from Wexford 3/11/19 |
| 51 | Andrews v. Sangamon Plaintiff's Production 005418-5881 | Memorial Hospital Medical Records - Plaintiff's Response to RTP from Wexford 3/11/19. |
| 52 | Andrews v. Sangamon Plaintiff's Production 005882-5994 | St. John's Hospital Medical Records - Plaintiff's Response to RTP from Wexford 3/11/19. |
| 53 | Andrews v. Sangamon Plaintiff's Production 005995-6007 | IDOC Subpoena Response 1- – Plaintiffs Response to Illinois Defendants' First Requests for Production of Documents to Plaintiff 3/25/19 - Plaintiff's Response to RTP from Wexford 3/11/19. |
| 54 | Plaintiff 28802-28805 | Email from Dr. Hinton to Norine Ashley re Davilla |
| 55 | Plaintiff 29108-29136 | Email from Norine Ashley to Dr. Hinton and Dr. Sim April 9, 2015, with inpatient case summaries Edwards, Foster, |

|  |  | Fry, Suh, Jones, Boruschewitz, Hawthorne, Goodman |
|---|---|---|
| 56 | Plaintiff 40318-40320 | Email from Norine Ashley to Dr. Sim |
| 57 | Plaintiff 40803-40819 | Email from Norine Ashley to Dr. Hinton and Dr. Sim April 10, 2015, with inpatient case summaries Vailes, Rusher, Murphy |
| 58 | Plaintiff 41943-41963 | Email from Norine Ashley to Dr. Hinton June 12, 2025, with inpatient case summaries |
| 59 | Plaintiff 42015-42019 | Email from Norine Ashley to Dr. Hinton |
| 60 |  | Deposition of Kelli Andrews (for impeachment) |
| 61 |  | CV of Terry Kupers |
| 62 |  | Expert Report of Terry Kupers |
| 63 |  | Invoices of Terry Kupers |
| 64 |  | Case list of Terry Kupers |
| 65 | Plaintiff 28340-28341 | May 13, 2013, emails between Hinton and Freeman |
| 66 | Plaintiff 28543-28553 | May 28, 2013, emails on DHS visit to IDOC |
| 67 | Plaintiff 28577-28578 | June 3, 2013, email on DHS response re Davilla |
| 68 | Plaintiff 28806-28810 | March 26, 2014, email re Dean |
| 69 | Plaintiff 29137-29148 | Email from Norine Ashley to Dr. Hinton and Dr. Sim April 9, 2015, with inpatient case |

|    |                              |                                                                                                                      |
|----|------------------------------|----------------------------------------------------------------------------------------------------------------------|
|    |                              | summaries Henderson, Howard, Ledbetter                                                                               |
| 70 | Plaintiff 29209-29215        | Email from Norine Ashley to Dr. Hinton and Dr. Sim April 9, 2015, with inpatient case summaries Bainter, McDowell    |
| 71 | Plaintiff 29857-29883        | November 18, 2013, email with report on Logan for monitor                                                            |
| 72 | Plaintiff 29917-29921        | December 19, 2013, crisis heavy users email                                                                          |
| 73 | Plaintiff 29924-29926        | April 10, 2014, inpatient report                                                                                     |
| 74 | Plaintiff 29950-29952        | July 14, 2014, Logan Crisis Watch report                                                                             |
| 75 | Plaintiff 29973-29997        | September 15, 2014, crisis watch tracker                                                                             |
| 76 | Plaintiff 40174-40175        | February 23, 2015, daily watch report                                                                                |
| 77 | Plaintiff 40187-40188        | February 24, 2015, Sim email                                                                                         |
| 78 | Plaintiff 40197              | February 27, 2015, Sim email for days on crisis watch                                                                |
| 79 | Plaintiff 40204              | March 5, 2015, Sim email re those with most days on crisis                                                           |
| 80 | Plaintiff 40206-40207        | March 11, 2015, email with crisis spreadsheet 1-1-14 to present                                                      |
| 81 | Plaintiff 49549-49679        | September 1, 2015, email with BHT details                                                                            |

7

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Joseph N. Rupcich
    One of the Attorneys for Defendant, BRIAN RICHARDSON, DR. HE YUAN and WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026, I electronically filed the foregoing Amended Exhibit List with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Emmanuel Andre
Northside Transformative Law Center
1543 W. Morse Avenue
Chicago, IL 60626

Nicole Schult, Alan Mills
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60646
nicole@uplcchicago.org
emily@uplcchicago.org
alan@uplcchicago.org

Maria Makar, Arthur Loevy
Loevy & Loevy
2071 North Southport Avenue, Suite 205
Chicago, IL 60614
Makar@loevy.com

Jennifer Powell
Illinois Attorney General
201 West Point Drive, Suite 7
Swansea, IL 62226
jennifer.powell@ilag.gov

Robert Brandon Shultz
Assistant Attorney General
201 West Point Drive, Suite 7
Belleville, IL 62226
robert.schultz@ilag.gov

Brent Salsbury
Charles Vaughn
Wiedner & McAuliffe, Ltd.
101 S. Hanley, Suite 1450
St. Louis, MO 63105
blsalsbury@wmlaw.com
czvaughn@wmlaw.com

Bryce Cooper
Patrick Murphy
Savanah Murin
Rachel Fishman
Winston & Strawn LLP
300 N. LaSalle Drive, Suite
Chicago IL  60654
BCooper@winston.com
PGMurphy@winston.com
smurin@winston.com
rfishman@winston.com

/s/ Joseph N. Rupcich

13632980