# Court's Proposed Non-Routine Voir Dire

1. Have you made contributions or donations to the police department or other law enforcement agency of $100 or more annually?

2. Have you, anyone in your family, or someone close to you been charged with, accused, or convicted of a crime or been the subject of a criminal investigation? If yes, please provide details.

3. Have you, anyone in your family, or someone close to you been incarcerated or in jail or in prison? If yes, please provide details.

4. Have you ever visited a prison or jail? If so, please explain.

5. In this case, the Plaintiff represents the estate of a person who has been convicted of a felony and was incarcerated in the Illinois Department of Corrections. Will anyone here be unable or unwilling to give fair

and impartial consideration to testimony offered on behalf of the Plaintiff because that person was convicted of a crime?

6. Does anyone here believe that people who have been incarcerated should be treated differently under the law compared to those who have never been incarcerated?

7. Do you have any strong feelings, negative or positive, about prisoners bringing lawsuits to enforce their constitutional rights? If yes, please describe.

8. Would anyone here be unable to consider awarding damages to a convicted felon?

9. Have you, anyone in your family, or someone close to you ever worked for the federal, state, or local government? If yes, please provide details.

10. Have you, anyone in your family, or someone close to you ever been diagnosed with a serious mental illness?

If so, do you think that experience might affect your judgment in this case? Please provide details.

11. Do you have any strong feelings, negative or positive, about mental health treatment that could influence your decision-making? If yes, please describe.

12. Do you believe that mental illness is a sign of personal weakness or poor character?

13. Will anyone here be unable or unwilling to give fair and impartial consideration to testimony concerning the actions of a person with serious mental illness.

14. Would you feel uncomfortable awarding damages to someone who was diagnosed with a serious mental illness?

15. Do you have any medical or mental health training? If yes, please provide details.

16. Have you ever worked in a medical or mental health facility?

17. Do you have any family members or close friends who are doctors, mental health professionals, or another type of healthcare provider?

18. Has anyone had a bad experience with their personal physician or another medical professional? If yes, please provide details.

19. Does anyone have a general distrust of the medical profession?

20. Has anyone ever made a formal complaint about or filed a lawsuit against a doctor, mental health provider, or other medical professional?

21. Who here believes people are too quick to file lawsuits these days?

22. Does anyone here believe that damages awarded in lawsuits are too high and that there should be caps on damages?

23. Is anyone here a member of any tort reform or lawsuit abuse organization or given money to such organizations?

24. Where do you get your news—from the TV, the Internet, a newspaper, or something else? What sources do you normally consult?

25. Does anyone believe that, while they could consider awarding some damages, that there would be a limit to the amount of damages they would be willing to award, even if the evidence justified a greater amount?

26. Would you have any difficulty awarding money for emotional distress? If so, please explain.

27. Has anyone heard or read anything about Wexford Health Sources?

28. Is there anyone with connections to Logan Correctional Center or the Illinois Department of Corrections? To detention facilities, jails, or other prisons?

29. Do you have any opinions about our courts or legal system that might affect your ability to be fair and impartial in this case?

30. Is anyone a manager or in a position of supervision over people?

31. What are your hobbies?

32. Are you a member of any clubs or organizations?

33. Do you have difficulty speaking, reading, writing, or understanding the English language?

34. This is a civil case where the Plaintiff bears the burden of proving her case by a preponderance of the evidence, meaning that something is more likely true than not. If you are selected as juror, will you have any difficulty applying the burden of proof in civil cases as I instruct you?