# VERDICT FORM

<u>Andrews v. Rauner, et al.</u>
18-cv-1101

**1. We, the jury, find as follows on Plaintiff's Eighth Amendment claim for failure to provide Tiffany Rusher adequate medical care:**

(*Place an "X" on the appropriate line for each claim.*)

|  | For Plaintiff |  | For Defendant |
|---|---|---|---|
| Brian Richardson | _____ | or | _____ |
| He Yuan | _____ | or | _____ |
| Wexford Health Sources | _____ | or | _____ |

**2. We, the jury, find as follows on Plaintiff's professional negligence claim:**

*(Place an "X" on the appropriate line for each claim.)*

|  | For Plaintiff |  | For Defendant |
|---|---|---|---|
| Brian Richardson | _____ | or | _____ |
| He Yuan | _____ | or | _____ |
| Wexford Health Sources | _____ | or | _____ |

*(If you found for Plaintiff on any of her claims, fill in below the total amount of compensatory damages you award. If you found against Plaintiff on all of Plaintiff's claims, skip parts 3 and 4 because you will not award damages.)*

**3. Having found against one or more Defendants on any of Plaintiff's claims, we fix Plaintiff's total compensatory damages as $_____ or nominal damages of $1.**

*(If you found against one or more Defendants on Plaintiff's Eighth Amendment claim in section 1 above only, you may, but are not required to, award punitive damages against that particular Defendant in addition to any compensatory damages awarded above. If you found in favor of all Defendants on Plaintiff's Eighth Amendment claim, skip section 4 because you may not award punitive damages. You cannot award punitive damages on the negligence claim in section 2).*

**4. Having found against a particular Defendant on Plaintiff's Eighth Amendment claim for failure to provide Tiffany Rusher adequate medical care, we fix Plaintiff's punitive damages against that Defendant, if any, as follows:**

| | |
|---|---|
| Brian Richardson | $_____ |
| He Yuan | $_____ |
| Wexford Health Sources | $_____ |

Page **2** of **3**

**We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below.**

Date: _____

Signatures:

_____          _____

Presiding Juror                                    Juror

_____          _____

Juror                                              Juror

_____          _____

Juror                                              Juror

_____          _____

Juror                                              Juror